IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                             Case No. 21-20060-JAR/JPO

KAABA MAJEED,
YUNUS RASSOUL, a.k.a. Yunus Rassoull,
JAMES STATON, a.k.a Adam Winthrop,
RANDOLPH RODNEY HADLEY,
DANA PEACH,
ETENIA KINARD, a.k.a Etenia Kinnard, and
JACELYN GREENWELL,

        Defendants.

## NOTICE OF ARREST

The United States of America, by and through Duston J. Slinkard, Acting United States Attorney for the District of Kansas, and Ryan Huschka, Assistant United States Attorney for said District, hereby informs the Clerk of the United States District Court, as follows:

1. On October 20, 2021, a sealed indictment was filed against the defendants in the above-captioned case.

2. That defendants in this case were arrested on October 25, 2021.

        Respectfully submitted,

        DUSTON J. SLINKARD
        Acting United States Attorney

        */s/ Ryan Huschka*
        RYAN HUSCHKA, #23840
        Assistant U.S. Attorney
        500 State Ave., Suite 360

Kansas City, KS 66101
(913) 551-6730