IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

UNITED STATES MARSHAL
RECEIVED

OCT 21 2021

KANSAS CITY, KS

UNITED STATES OF AMERICA
             Plaintiff,

v.                                          Case No.   21-20060-1-JAR-JPO

KAABA MAJEED,

71049-509           Defendant.

FILED
U.S. District Court
District of Kansas

OCT 25 2021

Clerk, U.S. District Court
By_____ Deputy Clerk

**ARREST WARRANT**

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

KAABA MAJEED, who is accused of an offense or violation based on the following document filed with the court:

| [X] Indictment | [ ] Superseding Indictment | [ ] Information |
| [ ] Superseding Information | [ ] Complaint | [ ] Probation Violation Petition |
| [ ] Supervised Release Violation Petition | [ ] Violation Notice | [ ] Order of the Court |

This offense is briefly described as follows:

Ct. 1: 18 U.S.C. §§ 371 and 1589 – Conspiracy to Commit Forced Labor;
Cts. 2, 4, 5 ,6, 7 &8: 18 U.S.C. §§ 1589, 1594(a), & 2 – Forced Labor;
Forfeiture Allegations

Date:   10/21/2021                              s/Heather Wilkerson
                                                _____
                                                *Issuing officer's signature*

City and State:   Kansas City, KS               Skyler B. O'Hara, Clerk
                                                *Printed name and title*

---

**Return**

This warrant was received on (*date*) 10/21/21, and the person was arrested on (*date*) 10/25/21
at (*city and state*) ATLANTA, GA.

Date: 10/25/21

_____
*Arresting officer's signature*

Larry Duncan  DUSM
*Printed name and title*