**IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF KANSAS**

**UNITED STATES OF AMERICA,**
        **Plaintiff,**	**CASE NO.:  21-CR-20060-JAR**

    **Vs.**

**KAABA MAJEED,**
        **Defendant,**

**MOTION IN LIMINE**

Comes now, Kaaba Majeed, by and through counsel, W. Scott Toth, and respectfully moves the Court for an Order in Limine prohibiting the Government from presenting any evidence as it relates to prosecution of the defendant regarding:

1. Any acts alleged as forced labor occurring prior to October 20, 2011, if said acts related to individuals in the United Nation of Islam who were at least 18 years of age prior to October 21, 2011. (18 U.S.C. 3928)

2. Any acts alleged as forced labor occurring prior to October 20, 2011, if said acts related to individuals under the age of 18 years of age unless said minor child suffered from sexual or physical abuse including but not limited to lacerations, fractured bones, burns, internal injuries, severe bruising and serious bodily harm. (18 U.S.C. 3509(a)(4)

United States v. Kaaba Majeed
Motion in Limine
21-CR-20060-JAR

Respectfully submitted:

GARRETSON & TOTH, LLC

/s/ W. Scott Toth
105 East Park
Olathe, Kansas 66061
Telephone:    (913) 948-6682
Facsimile:    (913) 948-6681
scott@garretsontoth.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically with the U.S. District Court for the District of Kansas with notice of case activity generated and sent electronically on this the 17th day of January, 2024, to all counsel of record in this case.

/s/ W. Scott Toth
W. Scott Toth